The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GIAUNIE HENDRIX, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LENOVO (UNITED STATES) INC.,

Defendant.

No. 2:25-cv-01663-MJP

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

NOTE ON MOTION CALENDAR: September 4, 2025

## **STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1), 7(j) and 10(g), Plaintiff Giaunie Hendrix and Defendant Lenovo (United States) Inc. hereby stipulate and agree, subject to the Court's approval, as follows:

1. On July 29, 2025, Plaintiff filed his Complaint in the Superior Court for King County, Case No. 25-2-22005-2 SEA. Dkt. 1, Ex. B.

2. Plaintiff served the Summons and Complaint on Defendant's registered agent on August 1, 2025. Dkt. 1, Ex. A.

3. On August 29, 2025, Defendant removed the above-captioned case to this Court.

4. Absent an extension, Defendant's deadline to respond to the Complaint is September 5, 2025. *See* Fed. R. Civ. P. 81(c)(2)(C).

STIPULATED MOTION TO EXTEND TIME (No. 2:25-cv-01663-MJP) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

5.  To allow time for counsel to familiarize itself with this matter and investigate the allegations of the complaint, the Parties agree and stipulate (subject to Court approval) to extend the deadline for Defendant to respond to the Complaint up to, and including, October 6, 2025.

6.  The Parties also agree and stipulate (subject to Court approval) that Plaintiff shall have up to and including November 3, 2025, to file any opposition that might be required.

7.  The Parties also agree and stipulate (subject to Court approval) that Defendant shall have up to and including November 17, 2025, to file any reply to Plaintiff's opposition.

8.  The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines as set forth herein.

9.  Except for the extension request described above, the parties have not sought or obtained any prior extensions of time in this matter.

IT IS SO STIPULATED.

DATED this 4th day of September, 2025.

| BARG SINGER HOESLY PC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By *s/ Cody Hoesly*<br>  Cody Hoesly, WSBA #41190<br>  121 SW Morrison St., Suite 600<br>  Portland, OR 97204<br>  Tel.: 503-241-3311<br>  E-mail: choesly@bargsinger.com | By *s/ Lauren B. Rainwater*<br>  Lauren B. Rainwater, WSBA #43625<br>  Rachel Herd, WSBA #50339<br>  Caleah N. Whitten, WSBA #60209<br>  Katie Chan, WSBA #56970<br>  920 Fifth Avenue, Suite 3300<br>  Seattle, WA 98104-1610<br>  Telephone: 206-622-3150<br>  E-mail: laurenrainwater@dwt.com<br>  E-mail: rachelherd@dwt.com<br>  E-mail: caleahwhitten@dwt.com<br>  E-mail: katiechan@dwt.com<br><br>*Attorneys for Defendant*<br>*Lenovo (United States) Inc.* |
| DOVEL & LUNER, LLP | |
| By *s/ Jonas B. Jacobson*<br>  Jonas B. Jacobson, WSBA #62890<br>  Martin Brenner, *pro hac vice* forthcoming<br>  201 Santa Monica Blvd., Suite 600<br>  Santa Monica, CA 90401<br>  Tel.: 310-656-7066<br>  E-mail: jonas@dovel.com<br>  E-maill: martin@dovel.com | |

*Attorneys for Plaintiff Giaunie Hendrix*

STIPULATED MOTION TO EXTEND TIME (No. 2:25-cv-01663-MJP) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**[~~PROPOSED~~] ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby extends the time for Defendant to respond to the Complaint through and including October 6, 2025. Plaintiff shall have up to and including November 3, 2025, to file any opposition that might be required, and Defendant shall have up to and including November 17, 2025, to file any reply to Plaintiff's opposition.

IT IS SO ORDERED this 5th day of September, 2025.

Honorable Marsha J. Pechman
United States District Judge

STIPULATED MOTION TO EXTEND TIME (No. 2:25-cv-01663-MJP) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax