The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GIAUNIE HENDRIX, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>　　　　　　　Defendant. | No. 2:25-cv-01663-JNW<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR: October 3, 2025 |

## **STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1), 7(j) and 10(g), and the Court's Chambers Procedures, Plaintiff Giaunie Hendrix and Defendant Lenovo (United States) Inc. hereby stipulate and agree, subject to the Court's approval, as follows:

1. On July 29, 2025, Plaintiff filed his Complaint in the Superior Court for King County, Case No. 25-2-22005-2 SEA. Dkt. 1, Ex. B.

2. Plaintiff served the Summons and Complaint on Defendant's registered agent on August 1, 2025. Dkt. 1, Ex. A.

3. On August 29, 2025, Defendant removed the above-captioned case to this Court.

4. On September 5, 2025, the Honorable Marsha J. Pechman granted the parties' stipulated motion extending the time for Defendant to respond to the Complaint through and including October 6, 2025; the time for Plaintiff to file any required opposition to November 3,

STIPULATED MOTION ON BRIEFING SCHEDULE
(No. 2:25-cv-01663-JNW) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2025; and the time for Defendant to file any reply to Plaintiff's opposition to November 17, 2025. Dkt. 9.

5. On September 15, 2025, this action was reassigned to the Honorable Jamal N. Whitehead. Dkt. 10.

6. To allow additional time for counsel to familiarize itself with this matter and investigate the allegations of the complaint, the Parties agree and stipulate (subject to Court approval) to further extend the deadline for Defendant to respond to the Complaint up to, and including, October 20, 2025.

7. The Parties also agree and stipulate (subject to Court approval) that Plaintiff shall have up to and including November 17, 2025, to file any opposition that might be required.

8. The Parties also agree and stipulate (subject to Court approval) that Defendant shall have up to and including December 1, 2025, to file any reply to Plaintiff's opposition.

9. Because these deadlines have already been extended once by the Court, the Parties submit this stipulated motion instead of a stipulated notice, per Chambers Procedure 5.5.

10. The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to further extend the Parties' deadlines as set forth herein. Good cause exists to further extend the deadline to respond to the Complaint in order to provide Defendant additional time to consider the issues presented in the Complaint, including whether Plaintiff agreed to arbitrate his claims, and for the parties to engage in the necessary meet and confer process required by the Court prior to the filing of any motion that may be dispositive in whole or part of the Complaint.

IT IS SO STIPULATED.

DATED this 3rd day of October, 2025.

| DOVEL & LUNER, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By *s/ Jonas B. Jacobson* <br> Jonas B. Jacobson, WSBA #62890 <br> Martin Brenner, *pro hac vice* <br> 201 Santa Monica Blvd., Suite 600 <br> Santa Monica, CA 90401 <br> Tel.: 310-656-7066 | By *s/ Rachel Herd* <br> Lauren B. Rainwater, WSBA #43625 <br> Rachel Herd, WSBA #50339 <br> Caleah N. Whitten, WSBA #60209 <br> Katie Chan, WSBA #56970 <br> 920 Fifth Avenue, Suite 3300 |

STIPULATED MOTION ON BRIEFING SCHEDULE
(No. 2:25-cv-01663-JNW) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

|   |   |
|---|---|
| E-mail: jonas@dovel.com<br>E-maill: martin@dovel.com<br><br>BARG SINGER HOESLY PC<br><br>Cody Hoesly, WSBA #41190<br>121 SW Morrison St., Suite 600<br>Portland, OR 97204<br>Tel.: 503-241-3311<br>E-mail: choesly@bargsinger.com<br><br>*Attorneys for Plaintiff Giaunie Hendrix* | Seattle, WA 98104-1610<br>Telephone: 206-622-3150<br>E-mail: laurenrainwater@dwt.com<br>E-mail: rachelherd@dwt.com<br>E-mail: caleahwhitten@dwt.com<br>E-mail: katiechan@dwt.com<br><br>*Attorneys for Defendant<br>Lenovo (United States) Inc.* |

STIPULATED MOTION ON BRIEFING SCHEDULE
(No. 2:25-cv-01663-JNW) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby extends the time for Defendant to respond to the Complaint through and including October 20, 2025. Plaintiff shall have up to and including November 17, 2025, to file any opposition that might be required, and Defendant shall have up to and including December 1, 2025, to file any reply to Plaintiff's opposition.

IT IS SO ORDERED this 7th day of October, 2025.

_____
Honorable Jamal N. Whitehead
United States District Judge

STIPULATED MOTION ON BRIEFING SCHEDULE
(No. 2:25-cv-01663-JNW) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax