The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GIAUNIE HENDRIX, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LENOVO (UNITED STATES) INC.,

Defendant.

No. 2:25-cv-01663-JNW

THIRD STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

NOTE ON MOTION CALENDAR: October 16, 2025

**STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1), 7(j) and 10(g), Plaintiff Giaunie Hendrix ("Plaintiff") and Defendant Lenovo (United States) Inc. ("Defendant" or "Lenovo") hereby stipulate and agree, subject to the Court's approval, as follows:

1. On July 29, 2025, Plaintiff filed his Complaint in the Superior Court for King County, Case No. 25-2-22005-2 SEA. Dkt. 1, Ex. B.

2. Plaintiff served the Summons and Complaint on Defendant's registered agent on August 1, 2025. Dkt. 1, Ex. A.

3. On August 29, 2025, Defendant removed the above-captioned case to this Court.

THIRD STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (No. 2:25-cv-01663-JNW) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4. On September 4, 2025, and October 3, 2025 the Parties filed Stipulated Motions and Proposed Orders to Extend Time for Defendant to Respond to Complaint. Dkts. 7, 16. This Court granted both stipulated motions. Dkts. 9, 17.

5. Absent an extension, Defendant's deadline to respond to the Complaint is October 20, 2025. Dkt. 17 at 4.

6. A separate, related matter is currently pending at the United States District Court for the Western District of Washington at Seattle: Stephen Liss and Joshua Taylor v. Lenovo (United States) Inc., No. 3:25-cv-5840 (W.D. Wash.), also assigned to the Honorable Jamal N. Whitehead (the "Liss Action").

7. To allow time for the Parties to continue discussing and make informed decisions regarding the potential consolidation of this matter with the Liss Action and the potential arbitrability of these claims, the Parties agree and stipulate (subject to Court approval) to extend the deadline for Lenovo to respond to the Complaint up to, and including, November 10, 2025.

8. The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines as set forth herein. Good cause exists to extend the deadline to respond to the Complaint in order to provide the Parties additional time to discuss and make informed decisions regarding the potential consolidation of this matter with the Liss Action. The additional time will allow the Parties to make decisions regarding potential consolidation at an early stage in the litigation, before filing substantive responses or engaging in motions practice, and potentially avoid duplicative work from the Parties, counsel, and this Court. Lenovo also continues to explore the arbitrability of Plaintiff's claims and reserves all rights to move to compel arbitration.

9. The extension requests described above in paragraph 4 are the only extensions the Parties have requested or obtained thus far in this matter.

10. Defendant is concurrently requesting similar extensions in the Liss Action via separate stipulated motion.

THIRD STIPULATED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT (No. 2:25-cv-01663-JNW) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1     IT IS SO STIPULATED.

2     DATED this 16th day of October, 2025.

| | |
|---|---|
| DOVEL & LUNER, LLP | DAVIS WRIGHT TREMAINE LLP |
| By: *s/ Jonas B. Jacobson* | By *s/ Rachel Herd* |
|     Jonas B. Jacobson, WSBA #62890 |     Lauren B. Rainwater, WSBA #43625 |
|     Martin Brenner, *pro hac vice* |     Rachel Herd, WSBA #50339 |
| 201 Santa Monica Blvd., Suite 600 |     Caleah N. Whitten, WSBA #60209 |
| Santa Monica, CA 90401 |     Katie Chan, WSBA #56970 |
| Tel.: 310-656-7066 | 920 Fifth Avenue, Suite 3300 |
| E-mail: jonas@dovel.com | Seattle, WA 98104-1610 |
| E-maill: martin@dovel.com | Telephone: 206-622-3150 |
| | E-mail: laurenrainwater@dwt.com |
| | E-mail: rachelherd@dwt.com |
| BARG SINGER HOESLY PC | E-mail: caleahwhitten@dwt.com |
| Cody Hoesly, WSBA #41190 | E-mail: katiechan@dwt.com |
| 121 SW Morrison St., Suite 600 | |
| Portland, OR 97204 | ***Attorneys for Defendant*** |
| Tel.: 503-241-3311 | ***Lenovo (United States) Inc.*** |
| E-mail: choesly@bargsinger.com | |
| | *I certify that this memorandum contains |
| ***Attorneys for Plaintiff Giaunie Hendrix*** | 418 words, in compliance with the Local Civil Rules. |

THIRD STIPULATED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT (No. 2:25-cv-01663-JNW) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby extends the time for Defendant to respond to the Complaint through and including November 10, 2025.

IT IS SO ORDERED this 17th day of October, 2025.

_____
Honorable Jamal N. Whitehead
United States District Judge

Presented by:

| | |
|---|---|
| BARG SINGER HOESLY PC<br>Cody Hoesly, WSBA #41190<br>121 SW Morrison St., Suite 600<br>Portland, OR 97204<br>Tel.: 503-241-3311<br>E-mail: choesly@bargsinger.com<br><br>DOVEL & LUNER, LLP<br>Jonas B. Jacobson, WSBA #62890<br>Martin Brenner, *pro hac vice*<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, CA 90401<br>Tel.: 310-656-7066<br>E-mail: jonas@dovel.com<br>E-maill: martin@dovel.com<br><br>*Attorneys for Plaintiff Giaunie Hendrix* | DAVIS WRIGHT TREMAINE LLP<br>Lauren B. Rainwater, WSBA #43625<br>Rachel Herd, WSBA #50339<br>Caleah N. Whitten, WSBA #60209<br>Katie Chan, WSBA #56970<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610<br>Telephone: 206-622-3150<br>E-mail: laurenrainwater@dwt.com<br>E-mail: rachelherd@dwt.com<br>E-mail: caleahwhitten@dwt.com<br>E-mail: katiechan@dwt.com<br><br>*Attorneys for Defendant*<br>*Lenovo (United States) Inc.* |

THIRD STIPULATED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT (No. 2:25-cv-01663-JNW) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax